AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| BILLY KNUTSON | ) Case: 1:22-mj-00006 |
|  | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/10/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____BILLY KNUTSON_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     1/10/2022                                         G. Michael Harvey
                                                            *Issuing officer's signature*

City and state:     Washington, D.C.                        G. Michael Harvey, U.S. Magistrate Judge
                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/10/2022, and the person was arrested on *(date)* 1/12/2022
at *(city and state)* Mitchell, S.D.

Date: 1/12/2022

                                                            *Arresting officer's signature*

                                                            Dave Keith / SA
                                                            *Printed name and title*