UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-MJ-0006 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| BILLY L. KNUTSON, | |
| Defendant. | |

_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case for the Defendant, Billy L. Knutson.

Dated and electronically filed this 20th day of January, 2022.

                                        Respectfully submitted,

                                        JASON J. TUPMAN
                                        Federal Public Defender
                                        By:
                                          */s/ Matthew M. Powers*
                                        Matthew M. Powers, Assistant Federal Public Defender
                                        Attorney for Defendant
                                        Office of the Federal Public Defender
                                        Districts of South Dakota and North Dakota
                                        101 South Main Avenue, Suite 400
                                        Sioux Falls, SD  57104
                                        Telephone:  (605) 330-4489  Facsimile:  (605) 330-4499
                                        filinguser_SDND@fd.org