# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No: 1:22-cr-31-FYP |
| | 18 U.S.C. § 1752(a)(1) |
| v. | |
| **BILLY KNUTSON,** | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Billy KNUTSON, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.       On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.       As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.       At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.       At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *KNUTSON's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, the defendant climbed through a broken window next to the Capitol's Senate Wing Doors around 3:32 p.m. Closed-circuit video footage shows him spending several minutes inside the Capitol building interacting with police officers and other people. At times, he used a mobile phone apparently to record and/or livestream video, and/or to take photographs inside the Capitol. He then exited the Capitol through the Senate Wing Doors.

9. The defendant published a rap video in April 2021 in which he makes several comments about the events of January 6, 2021 at the Capitol, including the following:

- "The media's been trying to demonize us about the events of January 6th, spreading fake news and propaganda as they always have."
- "We never gon' surrender; these patriots on a mission."
- "We don't wanna go to war but we gotta stand strong; we ain't never backin' down." (This refrain is repeated many times.)
- "Fuck 'em all, fuck 'em all; it's a lost cause now. Line 'em up like dominos and watch 'em all fall down." (This refrain is repeated several times.)
- "If you're not gonna fight for us then we have no choice but to band together and fight for ourselves." [This was followed immediately by footage of rioters throwing objects (including a metal folding chair) at a police line at the Capitol on January 6, 2021.]
- "We may have lost the battle but this fight is far from over. Give me freedom or give me death." [He makes throat-slitting motion as he says the second sentence.]
- "Said I'm ready for a war and what I said I really meant it."
- "If the price of freedom's blood then I'm down to pay the fee."
- "You try to take away our rights we gonna greet you with guns." [As animated bullets rain down on the screen.]

10. In another rap video, published in December 2020, the defendant states, "I'm locked and loaded ready for a civil war . . . . We Proud Boys ready for a civil war; 70 million armed civilians y'all don't really wanna brawl."

11. In another rap video, published in May 2021, the defendant says, "Had to storm the Capitol; Nancy don't like us in her office."

12.     The defendant knew at the time he entered the U.S. Capitol Building and Grounds that he did not have permission to do so, and he knowingly entered and remained in the Capitol Building and Grounds without lawful authority.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No.481052


     /s/ Joseph DeGaetano
JOSEPH DEGAETANO
TN Bar No. 021448
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (423) 385-1345
Joseph.Degaetano@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Billy Knutson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4-1-22

Billy Knutson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4-1-2022

Matthew M. Powers
Attorney for Defendant